**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Novum Pharma, LLC | : | Case No. 19-0209 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Cardinal Health LLC.**, Attn: Michael Yeager, 7000 Cardinal Place, Dublin, OH 43017, Phone: 614-553-3121

2.     **AmerisourceBergen**, Attn: Andrew Schinzel, 227 Washington Street, Conshohocken, PA 19428, Phone: 610-727-7443

3.     **McKesson Corporation,** Attn: Ben Zimmerman, 6555 State Highway 161, Irving, TX 75039, Phone: 972-446-5831

4.     **Mirada Pharmaceuticals, LLC,** Attn: Matthew Redling, 27 Sentinel Drive, Basking Ridge, NJ 07920, Phone: 908-268-4243

5.     **Biopharma Operations LLC,** Attn: Jose De Leon, 30 Shelly Dr., Hackettstown, NJ 07840, Phone: 973-879-4603

 

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ *David L. Buchbinder* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 12, 2019

Attorney assigned to this Case: David L. Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: David Hurst, Esq., Phone: 302-652-3131, Fax: 302-652-3117