# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                                      :    Chapter 11
                                                            :
NOVUM PHARMA, LLC,                                          :    Case No. 19-10209 (KJC)
                                                            :
                         Debtor.[1]                         :
                                                            :
---------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 6, 2019 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE KEVIN J. CAREY[2]

## CERTIFICATIONS OF NO OBJECTION/CERTIFICATIONS OF COUNSEL

1. Debtor's Application for Order Authorizing the Retention and Employment of Cole Schotz P.C. as Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date (Filed February 11, 2019) [Docket No. 31]

    Related Documents:

    (a) Certification of Counsel Regarding Debtor's Application for Order Authorizing the Retention and Employment of Cole Schotz P.C. as Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date (To Be Filed March 4, 2019)

    Objection Deadline:  February 27, 2019 at 4:00 p.m. On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

    Responses Received:  Informal comments by the Office of the United States Trustee.

    Status:  A Certification of Counsel, together with a revised proposed order, will be filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2] The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

2. Debtor's Application for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Debtor to Retain CR3 Partners, LLC to Provide Chief Restructuring Officer and Related Services, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Agreement Related Thereto (Filed February 11, 2019) [Docket No. 32]

   Related Documents:

   (a) Amended Declaration of Thomas S. O'Donoghue, Jr. in Support of Debtor's Application for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Debtor to Retain CR3 Partners, LLC to Provide Chief Restructuring Officer and Related Services, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Agreement Related Thereto (Filed March 4, 2019) [Docket No. 87]

   (b) Certification of Counsel Regarding Debtor's Application for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Debtor to Retain CR3 Partners, LLC to Provide Chief Restructuring Officer and Related Services, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Agreement Related Thereto (To Be Filed March 4, 2019)

   Objection Deadline: February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

   Responses Received: Informal comments by the Office of the United States Trustee.

   Status: A Certification of Counsel, together with a revised proposed order, will be filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

3. Debtor's Application for Order (I) Authorizing the Retention and Employment of Teneo Capital LLC as Investment Banker to the Debtor, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 (Filed February 11, 2019) [Docket No. 34]

   Related Documents:

   (a) Amended Declaration of Charles Boguslaski in Support of Debtor's Application for Order (I) Authorizing the Retention and Employment of Teneo Capital LLC as Investment Banker to the Debtor, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 (Filed March 4, 2019) [Docket No. 88]

    (b)    Certification of Counsel Regarding Debtor's Application for Order (I) Authorizing the Retention and Employment of Teneo Capital LLC as Investment Banker to the Debtor, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 (To Be Filed March 4, 2019)

Objection Deadline:  February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

Responses Received:  Informal comments by the Office of the United States Trustee.

Status:  A Certification of Counsel, together with a revised proposed order, will be filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

4. Debtor's Application for Order Under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent to the Debtor, *Nunc Pro Tunc* to the Petition Date (Filed February 11, 2019) [Docket No. 35]

    Related Documents:

        (a)    Certificate of No Objection Regarding Debtor's Application for Order Under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent to the Debtor, *Nunc Pro Tunc* to the Petition Date (To Be Filed March 4, 2019)

    Objection Deadline:  February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

    Responses Received:  None.

    Status:  A Certificate of No Objection will be filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

3

58448/0001-16908517v1

**MATTERS GOING FORWARD**

5. Debtor's Motion for Interim and Final Orders (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief (Filed February 3, 2019) [Docket No. 7]

    Related Documents:

    (a) Interim Order (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing (Entered February 5, 2019) [Docket No. 26]

    (b) Notice of Entry of Interim Order and Final Hearing With Respect to Debtor's Motion for Interim and Final Orders (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief (Filed February 6, 2019) [Docket No. 30]

    Objection Deadline: February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors and until 10:00 a.m. on March 4, 2019 for The Huntington National Bank.

    Responses Received:

    (a) Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for a Final Order (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief (Filed March 1, 2019) (Docket No. 83)

    Status: This matter will be going forward.

6. Debtor's Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts and (C) Granting Related Relief (Filed February 13, 2019) [Docket No. 42]

    Objection Deadline: February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors and the secured lender.

Responses Received:

(a) Limited Preliminary Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, the Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts and (C) Granting Related Relief (Filed March 1, 2019) (Docket No. 81)

(b) Limited Objection to Debtor's Motion for Entry of an Order (A) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief to Request Entry of Order Approving Bidding Procedures (Filed March 1, 2019) (Docket No. 82)

Status: This matter will be going forward.

Dated: Wilmington, Delaware
March 4, 2019

COLE SCHOTZ P.C.

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
Patrick J. Reilley (I.D. No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

– and –

Jacob S. Frumkin
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-3479

*Proposed Counsel for Debtor and Debtor-in-Possession*

5