**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re:                                          :    Chapter 11
                                                :
NOVUM PHARMA, LLC,                              :    Case No. 19-10209 (KJC)
                                                :
        Debtor.[1]                              :    **Related to Docket No. 89**
                                                :
---------------------------------------------------------- x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 6, 2019 AT 11:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE KEVIN J. CAREY[3]**

**CERTIFICATIONS OF NO OBJECTION/CERTIFICATIONS OF COUNSEL**

1.  Debtor's Application for Order Authorizing the Retention and Employment of Cole Schotz P.C. as Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date (Filed February 11, 2019) [Docket No. 31]

    Related Documents:

    (a) Certification of Counsel Regarding Debtor's Application for Order Authorizing the Retention and Employment of Cole Schotz P.C. as Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date **(Filed March 4, 2019) (Docket No. 92)**

    (b) **Order Authorizing the Retention and Employment of Cole Schotz P.C. as Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date (Entered March 5, 2019) (Docket No. 96)**

    Objection Deadline:    February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

    Responses Received:   Informal comments by the Office of the United States Trustee.

---

[1]   The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2]   **Amendments appear in bold print.**

[3]   The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

       Status: **The Court entered an Order granting the Application. This matter will not be going forward.**

2. Debtor's Application for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Debtor to Retain CR3 Partners, LLC to Provide Chief Restructuring Officer and Related Services, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Agreement Related Thereto (Filed February 11, 2019) [Docket No. 32]

    Related Documents:

    (a) Amended Declaration of Thomas S. O'Donoghue, Jr. in Support of Debtor's Application for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Debtor to Retain CR3 Partners, LLC to Provide Chief Restructuring Officer and Related Services, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Agreement Related Thereto (Filed March 4, 2019) [Docket No. 87]

    (b) Certification of Counsel Regarding Debtor's Application for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Debtor to Retain CR3 Partners, LLC to Provide Chief Restructuring Officer and Related Services, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Agreement Related Thereto **(Filed March 4, 2019) (Docket No. 93)**

    (c) **Order Approving Debtor's Application Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Debtor to Retain CR3 Partners, LLC to Provide Chief Restructuring Officer and Related Services, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Agreement Related Thereto (Entered March 5, 2019) (Docket No. 97)**

    Objection Deadline: February 27, 2019 at 4:00 p.m. On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

    Responses Received: Informal comments by the Office of the United States Trustee.

    Status: **The Court entered an Order approving the Application. This matter will not be going forward.**

3.   Debtor's Application for Order (I) Authorizing the Retention and Employment of Teneo Capital LLC as Investment Banker to the Debtor, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 (Filed February 11, 2019) [Docket No. 34]

   Related Documents:

   (a)   Amended Declaration of Charles Boguslaski in Support of Debtor's Application for Order (I) Authorizing the Retention and Employment of Teneo Capital LLC as Investment Banker to the Debtor, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 (Filed March 4, 2019) [Docket No. 88]

   (b)   Certification of Counsel Regarding Debtor's Application for Order (I) Authorizing the Retention and Employment of Teneo Capital LLC as Investment Banker to the Debtor, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 **(Filed March 4, 2019) (Docket No. 94)**

   (c)   **Order (I) Authorizing the Retention and Employment of Teneo Capital LLC as Investment Banker to the Debtor, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 (Entered March 5, 2019) (Docket No. 98)**

   Objection Deadline:   February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

   Responses Received:   Informal comments by the Office of the United States Trustee.

   Status:   **The Court entered an Order granting the Application.  This matter will not be going forward.**

4.   Debtor's Application for Order Under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent to the Debtor, *Nunc Pro Tunc* to the Petition Date (Filed February 11, 2019) [Docket No. 35]

   Related Documents:

   (a)   Certification of No Objection Regarding Debtor's Application for Order Under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent to the Debtor, *Nunc Pro Tunc* to the Petition Date **(Filed March 4, 2019) (Docket No. 95)**

    (b)    **Order Under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent to the Debtor, *Nunc Pro Tunc* to the Petition Date (Entered March 5, 2019) (Docket No. 99)**

Objection Deadline:  February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors.

Responses Received:  None.

Status:  **The Court entered an Order granting the Application.  This matter will not be going forward.**

## MATTERS GOING FORWARD

5. Debtor's Motion for Interim and Final Orders (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief (Filed February 3, 2019) [Docket No. 7]

    Related Documents:

    (a) Interim Order (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing (Entered February 5, 2019) [Docket No. 26]

    (b) Notice of Entry of Interim Order and Final Hearing With Respect to Debtor's Motion for Interim and Final Orders (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief (Filed February 6, 2019) [Docket No. 30]

    (c) **Notice of Filing of Proposed Final Order (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief (Filed March 5, 2019) [Docket No. 102]**

    Objection Deadline:  February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors and until 10:00 a.m. on March 4, 2019 for The Huntington National Bank.

    Responses Received:

        (a)    Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for a Final Order (A) Authorizing the Debtor to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief (Filed March 1, 2019) (Docket No. 83)

        (b)    Informal comments by The Huntington National Bank

    Status:    **The Debtor is continuing to negotiate with the Committee and its Prepetition Secured Lender to narrow the issues in dispute. The Debtor anticipates presenting a further-revised form of order at the hearing.**  This matter will be going forward.

6.    Debtor's Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts and (C) Granting Related Relief (Filed February 13, 2019) [Docket No. 42]

    Related Documents:

        (a)    **Notice of Filing of Revised Order (A) Approving Bidding Procedures For Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction For, and Hearing to Approve, Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief (Filed March 5, 2019) [Docket No. 100]**

    Objection Deadline:    February 27, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on March 1, 2019 for the Official Committee of Unsecured Creditors and the secured lender.

    Responses Received:

        (a)    Limited Preliminary Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, the Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale

        Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts and (C) Granting Related Relief (Filed March 1, 2019) (Docket No. 81)

    (b)    Limited Objection to Debtor's Motion for Entry of an Order (A) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief to Request Entry of Order Approving Bidding Procedures (Filed March 1, 2019) (Docket No. 82)

Status: **The Debtor is continuing to negotiate with the Committee and its Prepetition Secured Lender to narrow the issues in dispute. The Debtor anticipates presenting a further-revised form of order at the hearing.** This matter will be going forward.

Dated: Wilmington, Delaware
March **5**, 2019

                COLE SCHOTZ P.C.

                /s/ David R. Hurst
                David R. Hurst (I.D. No. 3743)
                Patrick J. Reilley (I.D. No. 4451)
                500 Delaware Avenue, Suite 1410
                Wilmington, Delaware 19801
                Telephone: (302) 652-3131
                Facsimile: (302) 652-3117

                – and –

                Jacob S. Frumkin
                25 Main Street
                Hackensack, New Jersey 07601
                Telephone: (201) 489-3000
                Facsimile: (201) 489-3479

                *Counsel for Debtor and*
                *Debtor-in-Possession*