**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
NOVUM PHARMA, LLC,                                         :    Case No. 19-10209 (KJC)
                                                           :
                            Debtor.¹                       :
                                                           :
---------------------------------------------------------- x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 19, 2019 AT 10:00 A.M. (EASTERN TIME)[2]
BEFORE THE HONORABLE KEVIN J. CAREY[3]**

**CERTIFICATIONS OF NO OBJECTION/CERTIFICATIONS OF COUNSEL**

1.    Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (Filed February 22, 2019) [Docket No. 62]

    Related Documents:

        (a)    Certification of No Objection Regarding Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (Filed March 12, 2019) [Docket No. 126]

    Objection Deadline:    March 11, 2019 at 4:00 p.m.

    Responses Received:  None.

    Status:        A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

---

[1]    The last four digits of the Debtor's federal tax identification number are 7895.  The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2]    At the direction of the Court, the hearing which was originally scheduled for March 18, 2019 at 3:00 p.m. was rescheduled to March 19, 2019 at 10:00 a.m. [Docket No. 122].

[3]    The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

2.    Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 327, 330 and 331 Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business (Filed February 22, 2019) [Docket No. 63]

Related Documents:

(a)    Certification of Counsel Regarding Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 327, 330 and 331 Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business (Filed March 12, 2019) [Docket No. 127]

Objection Deadline:    March 11, 2019 at 4:00 p.m.

Responses Received:  Informal comments by the Office of the United States Trustee.

Status:    A Certification of Counsel, together with a revised proposed order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

3.    Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363 and 553 and Fed. R. Bankr. P. 4001(d) and 6004 Approving Stipulation Between Debtor, McKesson Corporation and Affiliates With Respect to eVoucher Program (Filed February 22, 2019) [Docket No. 65]

Related Documents:

(a)    Certification of No Objection Regarding Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363 and 553 and Fed. R. Bankr. P. 4001(d) and 6004 Approving Stipulation Between Debtor, McKesson Corporation and Affiliates With Respect to eVoucher Program (Filed March 12, 2019) [Docket No. 128]

Objection Deadline:    March 11, 2019 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

4.     Debtor's Motion For Order Pursuant to Sections 105(a), 501, 502, 503 and 1111(a) of the
       Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3) and Local Rules 1009-2 and
       2002-1(e) (I) Establishing Bar Dates For Filing Claims Against the Debtor and
       (II) Approving Form and Manner of Notice Thereof (Filed February 25, 2019) [Docket
       No. 71]

       Related Documents:

           (b)     Certification of Counsel Regarding Debtor's Motion For Order Pursuant
                   to Sections 105(a), 501, 502, 503 and 1111(a) of the Bankruptcy Code,
                   Bankruptcy Rules 2002 and 3003(c)(3) and Local Rules 1009-2 and 2002-
                   1(e) (I) Establishing Bar Dates For Filing Claims Against the Debtor and
                   (II) Approving Form and Manner of Notice Thereof (Filed March 12,
                   2019) [Docket No. 129]

       Objection Deadline:   March 11, 2019 at 4:00 p.m.

       Responses Received:  Informal comments by the Office of the United States Trustee.

       Status:       A Certification of Counsel, together with a revised proposed order, was
                     filed with the Court.  This matter will not be going forward unless
                     otherwise directed by the Court.

5.     Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 521, Fed. R. Bankr. P.
       1007(c) and Del. Bankr. L.R. 1007-1(b) Extending the Time Within Which the Debtor
       Must File its Schedules of Assets and Liabilities and Statement of Financial Affairs
       (Filed March 1, 2019) [Docket No. 78]

       Related Documents:

           (a)     Certification of No Objection Regarding Debtor's Motion for Order
                   Pursuant to 11 U.S.C. §§ 105(a) and 521, Fed. R. Bankr. P. 1007(c) and
                   Del. Bankr. L.R. 1007-1(b) Extending the Time Within Which the Debtor
                   Must File its Schedules of Assets and Liabilities and Statement of
                   Financial Affairs (Filed March 12, 2019) [Docket No. 130]

       Objection Deadline:   March 11, 2019 at 4:00 p.m.

       Responses Received:  None.

       Status:       A Certification of No Objection was filed with the Court.  This matter will
                     not be going forward unless otherwise directed by the Court.

58448/0002-16959164v1

**MATTERS GOING FORWARD**

6.     Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed February 26, 2019) [Docket No. 72]

Related Documents:

(a)     Debtor's Motion to Set Expedited Hearing and Shorten Notice Period With Respect to Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed February 26, 2019) [Docket No. 73]

(b)     Order Setting Expedited Hearing and Shortening Notice Period With Respect to Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Entered February 26, 2019) [Docket No. 74]

(c)     Notice of Hearing on Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed February 26, 2019) [Docket No. 75]

Objection Deadline:     March 11, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 5:00 p.m. on March 14, 2019 for the Official Committee of Unsecured Creditors.

Responses Received:

(a)     Objection of the United States Trustee to Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363, 364(c)(1) and Fed. R. Bankr. P. 4001 and 6004 for Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (D.E. 72) (Filed March 8, 2019) [Docket No. 119]

(b)     Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed.R.Bankr.P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed March 14, 2019) [Docket No. 138]

Status:     This matter will be going forward.

4

58448/0002-16959164v1

Dated: Wilmington, Delaware
       March 15, 2019

                                        COLE SCHOTZ P.C.


                                        /s/ David R. Hurst
                                        David R. Hurst (I.D. No. 3743)
                                        Patrick J. Reilley (I.D. No. 4451)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 652-3131
                                        Facsimile: (302) 652-3117

                                        – and –

                                        Jacob S. Frumkin
                                        25 Main Street
                                        Hackensack, New Jersey 07601
                                        Telephone: (201) 489-3000
                                        Facsimile: (201) 489-3479

                                        *Counsel for Debtor and*
                                        *Debtor-in-Possession*

5