## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                            :
In re:                                      :    Chapter 11
                                            :
NOVUM PHARMA, LLC,                          :    Case No. 19-10209 (KJC)
                                            :
                          Debtor.¹          :
                                            :
                                            :
-------------------------------------------------------- x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 2, 2019 AT 1:30 P.M. (EASTERN TIME)
## BEFORE THE HONORABLE KEVIN J. CAREY[2]

## ORDERS ENTERED

1.    Application of Official Committee of Unsecured Creditors for Authority to Retain and Employ Sills Cummis & Gross P.C. as Its Co-Counsel *Nunc Pro Tunc* to February 12, 2019 (Filed March 4, 2019) [Docket No. 90]

      Related Documents:

      (a)    Amended Notice of Application of Official Committee of Unsecured Creditors for Authority to Retain and Employ Sills Cummis & Gross P.C. as Its Co-Counsel *Nunc Pro Tunc* to February 12, 2019 (Filed March 6, 2019) [Docket No. 109]

      (b)    Certification of No Objection Regarding Docket No. 90 (Filed March 22, 2019) [Docket No. 164]

      (c)    Order Authorizing Retention and Employment of Sills Cummis & Gross P.C. as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 12, 2019 (Entered March 26, 2019) [Docket No. 169]

      Objection Deadline:    March 21, 2019 at 4:00 p.m.

---

[1]    The last four digits of the Debtor's federal tax identification number are 7895.  The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2]    The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

Responses Received:  None.

Status:    The Court entered an Order approving the Application.  This matter will not be going forward.

2.    Application of the Official Committee of Unsecured Creditors For an Order Authorizing and Approving the Employment and Retention of Klehr Harrison Harvey Branzburg LLP as Co-Counsel to the Committee *Nunc Pro Tunc* to February 12, 2019 (Filed March 4, 2019) [Docket No. 91]

Related Documents:

(a)    Amended Notice of Application of the Official Committee of Unsecured Creditors For an Order Authorizing and Approving the Employment and Retention of Klehr Harrison Harvey Branzburg LLP as Co-Counsel to the Committee *Nunc Pro Tunc* to February 12, 2019 (Filed March 6, 2019) [Docket No. 110]

(b)    Certification of No Objection Regarding Docket No. 91 (Filed March 22, 2019) [Docket No. 165]

(c)    Order Pursuant to 11 U.S.C. § 1103(a) Approving the Employment and Retention of Klehr Harrison Harvey Branzburg LLP as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 12, 2019 (Entered March 26, 2019) [Docket No. 170]

Objection Deadline:    March 21, 2019 at 4:00 p.m.

Responses Received:  None.

Status:    The Court entered an Order approving the Application.  This matter will not be going forward.

3.    Application of the Official Committee of Unsecured Creditors For an Order, Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, Authorizing the Retention and Employment of Goldin Associates, LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 22, 2019 (Filed March 12, 2019) [Docket No. 132]

Related Documents:

(a)    Supplemental Declaration of Gary Polkowitz in Further Support of Official Committee of Unsecured Creditors' Application for an Order Authorizing the Retention and Employment of Goldin Associates, LLC as Financial Advisor Effective Nunc Pro Tunc to February 22, 2019 (Filed March 25, 2019) [Docket No. 166]

(b)    Certification of Counsel (Filed March 27, 2019) [Docket No. 172]

(c)    Order Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, Authorizing and Approving Retention of Goldin Associates, LLC as Financial Advisor, *Nunc Pro Tunc* to February 22, 2019 (Entered March 28, 2019) [Docket No. 177]

Objection Deadline:    March 26, 2019 at 4:00 p.m.

Responses Received:  None.

Status:    The Court entered an Order approving the Application.  This matter will not be going forward.

## CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

4.    Debtor's Application For Order (I) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP to Provide Tax Compliance and Consulting Services *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Timekeeping Requirements of Local Rule 2016-2 (Filed March 12, 2019) [Docket No. 131]

Related Documents:

(a)    Certification of No Objection Regarding Debtor's Application For Order (I) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP to Provide Tax Compliance and Consulting Services *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Timekeeping Requirements of Local Rule 2016-2 (Filed March 27, 2019) [Docket No. 173]

Objection Deadline:    March 26, 2019 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

**MATTERS GOING FORWARD**

5.      Debtor's Motion for Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014 Authorizing the Debtor to Assume and Assign Lease Agreement with 150 North Riverside Titleholder LLC (Filed March 12, 2019) [Docket No. 125]

Objection Deadline:    March 26, 2019 at 4:00 p.m.

Responses Received:

       (a)      Limited Objection of 150 North Riverside Titleholder LLC (Filed March 26, 2019) [Docket No. 171]

Status:         This matter will be going forward.

Dated: Wilmington, Delaware
       March 29, 2019

           COLE SCHOTZ P.C.

           /s/ David R. Hurst
           David R. Hurst (I.D. No. 3743)
           Patrick J. Reilley (I.D. No. 4451)
           500 Delaware Avenue, Suite 1410
           Wilmington, Delaware 19801
           Telephone: (302) 652-3131
           Facsimile: (302) 652-3117

           – and –

           Jacob S. Frumkin
           25 Main Street
           Hackensack, New Jersey 07601
           Telephone: (201) 489-3000
           Facsimile: (201) 489-3479

           *Counsel for Debtor and*
           *Debtor-in-Possession*