IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re:                                                     :   Chapter 11
                                                           :
NOVUM PHARMA, LLC,                                         :   Case No. 19-10209 (KJC)
                                                           :
                            Debtor.[1]                     :   **Related to Docket Nos. 42 and 111**
                                                           :
------------------------------------------------------------ x

**NOTICE OF (I) EXTENSION OF BID DEADLINE AND
(II) ADJOURNMENT OF AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE THAT:**[2]

       1.     On February 13, 2019, Novum Pharma, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), filed the *Debtor's Motion for Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtor's Assets, (B) Approving Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Substantially All of the Debtor's Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures and (F) Granting Related Relief; and (II)(A) Approving Sale of Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing Assumption and Assignment of Unexpired Leases and Executory Contracts and (C) Granting Related Relief* (the "Motion") [Docket No. 42].

       2.     By the Motion, the Debtor seeks, among other things, to sell all or substantially all of its assets (the "Assets") to a bidder submitting the highest or otherwise best offer for the Assets at an auction (the "Auction") to be held at the offices of Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware, or such other place as the Debtor shall identify in a notice filed with the Bankruptcy Court at least twenty-four (24) hours before the Auction. The sale of the Assets will be free and clear of all liens, claims, encumbrances and other interests pursuant to sections 105(a), 363 and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

       3.     On March 6, 2019, the Bankruptcy Court entered an order [Docket No. 111] (the "Bidding Procedures Order") approving certain relief requested in the Motion,

---

[1]     The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures (as defined herein).

including the bidding procedures (the "Bidding Procedures") attached to the Bidding Procedures Order, which procedures set forth the requirements for participation in the Auction process, including all relevant dates and deadlines. Pursuant to the Bidding Procedures and as described in more detail therein, (i) bids for the Assets were required to be submitted by April 22, 2019 at 5:00 p.m. (ET), (ii) the Auction was scheduled to commence on April 24, 2019 at 10:00 a.m. (ET), and (iii) the hearing to consider approval of the sale of the Assets was scheduled to be held on April 26, 2019 at 10:00 a.m. (ET).  These dates and deadlines are being extended as follows:

(a)     Bid Deadline.  A Potential Bidder that desires to make a bid shall deliver written copies of its bid in the manner set forth in the Bidding Procedures so as to be received on or before **May 24, 2019 at 5:00 p.m. (ET)** (the "Bid Deadline"), or such later date as may be agreed to by the Debtor.

(b)     Auction Date.  If the Debtor receives two or more Qualified Bids for the same Assets by the Bid Deadline, the Debtor shall conduct the Auction commencing on **May 28, 2019 at 10:00 a.m. (ET)** (the "Auction Date"), at the offices of Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware, or such other place as the Debtor shall identify in a notice filed with the Bankruptcy Court at least twenty-four (24) hours before the Auction.

(c)     Sale Hearing.  A hearing to approve the sale of the Assets (the "Sale Hearing") will be held on **May 30, 2019 at 2:00 p.m. (ET)** before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Left Blank]*

4.      All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures. The dates and deadlines set forth above may be further extended from time to time without further notice to creditors or parties in interest other than by notice filed on the docket in this chapter 11 case.

Dated: Wilmington, Delaware
       April 23, 2019

COLE SCHOTZ P.C.

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
Patrick J. Reilley (I.D. No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

– and –

Jacob S. Frumkin
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-3479

*Counsel for Debtor*
*and Debtor-in-Possession*