IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                               :

In re:                                         :       Chapter 11

NOVUM PHARMA, LLC,            :       Case No. 19-10209 (KJC)

                         Debtor.[1]     :       **Related to Docket No. 112** and 249

------------------------------------------------------------x

**STIPULATED ORDER MODIFYING**
**PARAGRAPH 8 OF THE FINAL CASH COLLATERAL ORDER**

**WHEREAS**, on February 3, 2019, Novum Pharma, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101-1532.

**WHEREAS**, on February 5, 2019, the Court entered an order [Docket No. 26] approving, on an interim basis, the Debtor's request to use the cash collateral of RGP Pharmacap LLC ("RGP Pharmacap").

**WHEREAS**, on March 6, 2019, the Court entered an order authorizing the Debtor's use of cash collateral on a final basis [Docket No. 112] (the "Final Cash Collateral Order").

**WHEREAS**, on March 6, 2019, the Court entered an order [Docket No. 111] approving, *inter alia*, certain procedures governing the sale of substantially all of the Debtor's assets (the "Sale Process").

**WHEREAS**, Paragraph 8 of the Final Cash Collateral Order describes certain events (collectively, the "Events of Default"), the occurrence and continuance of which would

---

[1] The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

constitute a default under the Final Cash Collateral Order, unless waived in writing by RGP Pharmacap.

**WHEREAS**, on April 23, 2019, the Debtor filed a notice [Docket No. 236] extending the Sale Process by approximately one month (the "<u>Adjournment</u>").

**WHEREAS**, in connection with the Adjournment, RGP Pharmacap has agreed to modify certain of the Events of Default as set forth herein.

**NOW, THEREFORE, IT IS AGREED TO BY THE PARTIES AND ORDERED, ADJUDGED AND DECREED BY THE COURT THAT:**

1. The date set forth in Paragraph 8(n) of the Final Cash Collateral Order is hereby extended from May 3, 2019 to June 6, 2019, subject to further modification upon the written agreement of RGP Pharmacap.

2. The date set forth in Paragraph 8(o) of the Final Cash Collateral Order is hereby extended from May 17, 2019 to June 20, 2019, subject to further modification upon the written agreement of RGP Pharmacap.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Stipulated Order.

Dated: April 30, 2019
       Wilmington, Delaware

                                                          _____
                                                          The Honorable Kevin J. Carey
                                                          United States Bankruptcy Judge

Stipulated to by:

**RGP PHARMACAP LLC**

By: /s/ Scott J. Leonhardt
Its: Counsel


**NOVUM PHARMA, LLC**

By: /s/ David R. Hurst
Its: Counsel