# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

                  :

In re:                   :    Chapter 11

                  :

NOVUM PHARMA, LLC,    :    Case No. 19-10209 (KJC)

                  :

          Debtor.[1]   :

                  :

---------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 9, 2019 AT 11:00 A.M. (EASTERN TIME)
## <u>BEFORE THE HONORABLE KEVIN J. CAREY</u>[2]

## MATTERS GOING FORWARD

1.    Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed February 26, 2019) [Docket No. 72]

    Related Documents:

        (a)    Debtor's Motion to Set Expedited Hearing and Shorten Notice Period With Respect to Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed February 26, 2019) [Docket No. 73]

        (b)    Order Setting Expedited Hearing and Shortening Notice Period With Respect to Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Entered February 26, 2019) [Docket No. 74]

---

[1]    The last four digits of the Debtor's federal tax identification number are 7895.  The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2]    The hearing will be held before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

(c)     Notice of Hearing on Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed February 26, 2019) [Docket No. 75]

(d)     Declaration of Thomas S. O'Donoghue, Jr. in Support of Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed March 18, 2019) [Docket No. 147]

Objection Deadline:    March 11, 2019 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until 5:00 p.m. on March 14, 2019 for the Official Committee of Unsecured Creditors.

Responses Received:

(a)     Objection of the United States Trustee to Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363, 364(c)(1) and Fed. R. Bankr. P. 4001 and 6004 for Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (D.E. 72) (Filed March 8, 2019) [Docket No. 119]

(b)     Objection of the Official Committee of Unsecured Creditors to the Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed March 14, 2019) [Docket No. 138]

(c)     Motion For Leave to File Response of ConnectiveRx to Objections to Debtor's Motion For Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 4001 and 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Filed March 18, 2019) [Docket No. 141]

(d)     Order Granting Motion For Leave to File Response of ConnectiveRx to Objections to Debtor's Motion For Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364(c)(1) and Fed. R. Bankr. P. 4001 and 6004 Approving Stipulation Regarding Continuation of Co-Pay Services and Purchase of Claim (Entered March 18, 2019) [Docket No. 149]

Status:     This matter was adjourned from the April 26, 2019 hearing.  This matter will be going forward.

58448/0002-17227072v1

Dated: Wilmington, Delaware
        May 6, 2019

                           COLE SCHOTZ P.C.

                           /s/ David R. Hurst
                           David R. Hurst (I.D. No. 3743)
                           Patrick J. Reilley (I.D. No. 4451)
                           500 Delaware Avenue, Suite 1410
                           Wilmington, Delaware 19801
                           Telephone: (302) 652-3131
                           Facsimile: (302) 652-3117

                           – and –

                           Jacob S. Frumkin
                           25 Main Street
                           Hackensack, New Jersey 07601
                           Telephone: (201) 489-3000
                           Facsimile: (201) 489-3479

                           *Counsel for Debtor and*
                           *Debtor-in-Possession*

58448/0002-17227072v1