**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
NOVUM PHARMA, LLC,                                         :    Case No. 19-10209 (BLS)
                                                           :
                              Debtor.[1]                   :    **Related to Docket No. 300**
                                                           :
---------------------------------------------------------- x

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S MOTION**
**FOR ORDER UNDER SECTION 1121(d) OF THE BANKRUPTCY**
**CODE EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTOR**
**MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

        The undersigned, counsel to the above-captioned debtor and debtor-in-possession

(the "Debtor"), hereby certifies that, as of the date hereof, he has received no answer, objection or

other responsive pleading to the Debtor's Motion for Order Under Section 1121(d) of the

Bankruptcy Code Extending Exclusive Periods During Which Debtor May File and Solicit

Acceptances of a Chapter 11 Plan [Docket No. 300] (the "Motion"), filed on May 31, 2019.  The

undersigned further certifies that he has reviewed the Court's docket in this case and no answer,

objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of

Motion, objections to the Motion were to be filed and served no later than June 18, 2019.


                        *[Remainder of Page Intentionally Left Blank]*

---

[1]        The last four digits of the Debtor's federal tax identification number are 7895.  The mailing address for the
Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.  It is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.


Dated: Wilmington, Delaware
       June 19, 2019

COLE SCHOTZ P.C.


/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
Patrick J. Reilley (I.D. No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

– and –

Jacob S. Frumkin
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-3479

*Counsel for Debtor and
Debtor-in-Possession*