# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                    :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NOVUM PHARMA, LLC, | : | Case No. 19-10209 (BLS) |
| | : | |
| Debtor.[1] | : | **Hrg. Date: 7/24/19 at 11:00 a.m. (ET)** |
| | : | **Obj. Deadline: 7/17/19 at 4:00 p.m. (ET)** |

------------------------------------------------------------ x

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF FINAL ORDER (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION SECURED FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) GRANTING RELATED RELIEF**

TO:   (a) the U.S. Trustee; (b) counsel to the Committee; (c) counsel to the Prepetition Secured Lender; (d) counsel to the DIP Lender; (e) the PSA Parties (as defined in the Plan); and (f) all parties entitled to notice pursuant to Local Rule 2002-1.

       PLEASE TAKE NOTICE that, on July 3, 2019, the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>") filed the **Debtor's Motion for Entry of Final Order (I) Authorizing Debtor to Obtain Postpetition Secured Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief** (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

       An objection, if any, to the Motion must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned counsel for the Debtor, so that it is received **on or before 4:00 p.m. (ET) on July 17, 2019**.

       A HEARING ON THE MOTION WILL BE HELD ON **JULY 24, 2019 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801.

*[Remainder of Page Intentionally Left Blank]*

---

[1]    The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

2

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       July 3, 2019

                        COLE SCHOTZ P.C.

                        <u>/s/ David R. Hurst</u>
                        David R. Hurst (I.D. No. 3743)
                        500 Delaware Avenue, Suite 1410
                        Wilmington, Delaware 19801
                        Telephone: (302) 652-3131
                        Facsimile: (302) 652-3117

                        – and –

                        Jacob S. Frumkin
                        25 Main Street
                        Hackensack, New Jersey 07601
                        Telephone: (201) 489-3000
                        Facsimile: (201) 489-34791325

                        *Counsel for Debtor and*
                        *Debtor-in-Possession*