IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                                  :

In re:                                                  :    Chapter 11

NOVUM PHARMA, LLC,                  :    Case No. 19-10209 (BLS)

                                    Debtor.[1]   :    **Related to Docket No. 300**
---------------------------------------------------------- x

**ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY
CODE EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTOR
MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

Upon the motion (the "Motion")[2] of the debtor and debtor-in-possession in the above-captioned chapter 11 case for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, extending the Debtor's exclusive periods to file a chapter 11 plan and to solicit votes to approve a chapter 11 plan (together, the "Exclusive Periods"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) due and sufficient notice of the Motion has been given under the particular circumstances and it appears that no other or further notice need be provided; and the relief requested being a reasonable exercise of the Debtor's sound business judgment consistent with its fiduciary duties and in the best interests of the Debtor and its estate and creditors; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

---

[1]     The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

58448/0001-17292056v2

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED to the extent set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, no party, other than the Debtor, may file any chapter 11 plan from the date hereof through and including October 1, 2019.

3. Pursuant to section 1121(d) of the Bankruptcy Code, no party, other than the Debtor, may solicit votes to accept a proposed chapter 11 plan filed with this Court during the period from the date hereof through and including November 30, 2019.

4. Nothing herein shall prejudice the Debtor's right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code.

5. The Debtor is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

*[Signature]*

July 2, 2019