IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: :
: Chapter 11
: 
NOVUM PHARMA, LLC, :
: Case No. 19-10209 (BLS)
: 
Debtor.[1] :
: 
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 11, 2019 AT 11:15 A.M. (EASTERN TIME)
BEFORE THE HONORABLE BRENDAN L. SHANNON[2]**

**MATTERS GOING FORWARD**

1. Debtor's Motion for Order Authorizing the Debtor to Enter into Plan Support Agreement (Filed June 14, 2019) [Docket No. 311]

    Objection Deadline:   June 28, 2019 at 4:00 p.m.

    Responses Received:

    (a)   Limited Objection and Reservation of Rights of PSKW, LLC d/b/a ConnectiveRx with Respect to Debtor's Motion for Order Authorizing Debtor to Enter Into Plan Support Agreement (Filed June 28, 2019) [Docket No. 345]

    Status:   This matter will be going forward.

---

[1] The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

Dated: Wilmington, Delaware
       July 9, 2019

                    COLE SCHOTZ P.C.

                    /s/ David R. Hurst
                    David R. Hurst (I.D. No. 3743)
                    Patrick J. Reilley (I.D. No. 4451)
                    500 Delaware Avenue, Suite 1410
                    Wilmington, Delaware 19801
                    Telephone: (302) 652-3131
                    Facsimile: (302) 652-3117

                    – and –

                    Jacob S. Frumkin
                    25 Main Street
                    Hackensack, New Jersey 07601
                    Telephone: (201) 489-3000
                    Facsimile: (201) 489-3479

                    *Counsel for Debtor and*
                    *Debtor-in-Possession*