IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
NOVUM PHARMA, LLC,                                         :   Case No. 19-10209 (BLS)
                                                           :
                        Debtor.[1]                         :   **Related to Docket No. 311**
                                                           :
---------------------------------------------------------- x

## ORDER AUTHORIZING DEBTOR
## TO ENTER INTO PLAN SUPPORT AGREEMENT

Upon the motion (the "Motion")[2] of the debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case for entry of an order, pursuant to sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 6004, authorizing the Debtor to enter into that certain Plan Support Agreement (the "PSA"), dated as of June 12, 2019, by and among the Debtor, the Committee, the Prepetition Secured Lender, the Members, 42 North, ABDC, Biopharma, CH 105, CH 110, McKesson, Mirada, Novos, Sonexus and Teneo, a copy of which is attached hereto as Exhibit 1; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and (c) due and sufficient notice of the Motion has been given under the particular circumstances and no other or further notice need be provided; and after due deliberation thereon and good and sufficient cause appearing therefor; and the Court having concluded that the PSA is the result of good faith, arm's-length negotiations and

---

[1] The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

that the Debtor's entry into the PSA would be an exercise of due care and sound business judgment, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED to the extent set forth herein.

2. The Debtor is authorized to enter into the PSA, substantially in the form attached hereto as <u>Exhibit 1</u>.

3. The Debtor is authorized to proceed with consummation of the PSA, and to take all other actions contemplated by the PSA.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

5. The entry of this Order shall not affect the rights of parties in interest, other than the signatories to the PSA, to file objections to the Plan, the related disclosure statement or any aspect of the Plan confirmation process.

6. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order

Dated: July 11, 2019
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

58448/0001-17553487v2