IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
:
NOVUM PHARMA, LLC, : Case No. 19-10209 (BLS)
:
                Debtor.[1] : **Related to Docket Nos. 391, 393, 395, 396, 420**
:
------------------------------------------------------------ x

### ORDER APPROVING SETTLEMENT
### WITH PSKW, LLC D/B/A CONNECTIVERX

Upon consideration of the motion (the "Motion")[2] of Novum Pharma, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), for approval of a settlement by and between the Debtor and PSKW, LLC *d/b/a* ConnectiveRx ("ConnectiveRx") of certain disputes relating to the proofs of claim asserted by ConnectiveRx in the Debtor's Chapter 11 Case and ConnectiveRx's receipt of payments and/or transfers from the Debtor prior to the Petition Date; and the Court having jurisdiction to consider the Motion and to grant the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper under 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given, and it appearing that no other or further notice need be provided; and the settlement memorialized in the stipulation attached hereto as Exhibit 1 (the "Stipulation") being "fair and equitable"; and the relief requested being a reasonable exercise of the Debtor's sound business judgment consistent with its fiduciary duties

---

[1] The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and in the best interests of the Debtor and its estate and creditors; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED to the extent set forth herein, and the Stipulation is APPROVED.

2. The Debtor is authorized to take all actions necessary or appropriate to effectuate the Stipulation and the other relief granted in this Order.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, construction, implementation or enforcement of this Order.

USBJ

8/6/2019

58448/0001-17662091v2