**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
NOVUM PHARMA, LLC,                                      :   Case No. 19-10209 (BLS)
                                                        :
                        Debtor.¹                        :   Related to Docket Nos. 382, 400
                                                        :
------------------------------------------------------- x
```

**CERTIFICATION OF ANDRES A. ESTRADA WITH RESPECT TO THE
TABULATION OF VOTES ON THE PLAN OF REORGANIZATION PURSUANT TO
<u>CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTOR</u>**

I, Andres A. Estrada, depose and say under the penalty of perjury:

1. I am a Senior Managing Consultant of Corporate Restructuring Services, employed by Kurtzman Carson Consultants LLC ("**KCC**"), located at 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245. I am over the age of 18 and not a party to this action.

2. On February 5, 2019, the Court entered the *Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and Del. Bankr. L.R. 2002-1(f), Nunc Pro Tunc to the Petition Date* [Docket No. 28], thereby designating KCC as the claims and noticing agent.

3. On March 5, 2019, the Court entered the *Order Under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Agent to the Debtor, Nunc Pro Tunc to*

---

¹ The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

*the Petition Date* [Docket No. 99], thereby designating KCC as the administrative agent to, among other things, provide balloting services.

    4.  On July 24, 2019, the Court entered the *Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures for Tabulation of Votes; and (H) Granting Related Relief* [Docket No. 400] (the "**Solicitation Procedures Order**"),[2] establishing, among other things, certain solicitation and voting tabulation procedures. KCC was instructed to solicit, review, determine the validity of, and tabulate ballots submitted with respect to the *Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtor* [Docket No. 382-1] (the "**Plan**") by the holders of Claims in the Voting Classes (as defined below) in accordance with the Solicitation Procedures Order. In addition, KCC consulted with the Debtor and its counsel, as appropriate, to ensure compliance with the Solicitation Procedures Order.

    5.  KCC worked with the Debtor and its counsel to solicit votes to accept or reject the Plan and to tabulate the ballots of creditors voting to accept or reject the Plan. Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I am authorized to submit this Certification on behalf of KCC.

---

[2] Terms not otherwise defined herein shall have the meanings ascribed to them in the Solicitation Procedures Order.

58448/0001-17743030v2

A.  **Service and Transmittal of Solicitation Packages and Related Information**

6.  Pursuant to the Solicitation Procedures Order, on July 26, 2019, KCC caused to be served Solicitation Packages (as defined in the Solicitation Procedures Order) on all known members of Classes 3, 4 and 5 in accordance with the Solicitation Procedures Order. KCC also caused to be served the Confirmation Hearing Notice and Notice of Non-Voting Status of with Respect to Unimpaired Classes on members of Classes 1, 2 and 8. KCC also caused to be served the Confirmation Hearing Notice, the Notice of Non-Voting Status of with Respect to Impaired Classes, the *Disclosure Statement with Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtor* [Docket No. 383-1], including the Plan and all other exhibits annexed thereto and Solicitation Procedures Order (without exhibits) on members of Classes 6, 7 and 9. Additionally, KCC caused to be served the Confirmation Hearing Notice on all persons and entities listed in the creditor matrix and all other parties required to receive such notice pursuant to the Solicitation Procedures Order. An affidavit evidencing the service of the foregoing was filed with the Court on July 31, 2019 [Docket No. 415].

B.  **The Tabulation Process**

7.  The Solicitation Procedures Order established July 17, 2019 as the record date (the "**Record Date**") for determining which creditors and holders of interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan. Pursuant to the Solicitation Procedures Order, holders of Claims in Class 3 (Prepetition Secured Lender Claim), Class 4 (Cardinal Claims) and Class 5 (General Unsecured Claims) (collectively, the "**Voting Classes**") were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

8.  Pursuant to the Solicitation Procedures Order, KCC relied on the Debtor's Schedules of Assets and Liabilities and the Claims information reflected in KCC's CaseView ("**CaseView**") system to identify and solicit holders of Claims in the Voting Classes.

9.  Using the information outlined above, and with specific guidance and approval from the Debtor's counsel, KCC created a voting database reflecting the names of holders in the Voting Classes, addresses of such holders, voting amounts and classification of Claims in the Voting Classes. Specifically, using its CaseView system and voting database, KCC generated ballots for holders of Claims entitled to vote to accept or reject the Plan.

10. The Solicitation Procedures Order established August 23, 2019 at 4:00 p.m. (prevailing Pacific Time) as the deadline for receiving ballots to accept or reject the Plan (the "**Voting Deadline**").

11. Pursuant to the Solicitation Procedures Order, KCC received and tabulated ballots as follows: (a) each returned ballot was opened and inspected at KCC's offices; (b) ballots were date-stamped and scanned into KCC CaseView; and (c) all ballots received on or before the Voting Deadline were then entered into KCC CaseView and tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures Order.

12. Set forth below is a summary of the voting results:

| Total Ballots Received | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| Class 3 – Prepetition Secured Lender Claim | | | |
| 1 (100 %) | $ 15,211,049.12 (100%) | 0 (0%) | $0.00 (0%) |
| Class 4 – Cardinal Claims | | | |
| 2 (100%) | $ 44,879,161.60 (100%) | 0 (0%) | $0.00 (0%) |
| Class 5 – General Unsecured Claims | | | |
| 20 (100%) | $ 12,634,794.55 (100%) | 0 (0%) | $0.00 (0%) |

13. I have been advised by counsel to the Debtor that, of the ballots received in Class 5 (General Unsecured Claims), eight (8) ballots were received from affiliates and insiders of the Debtor. A report listing these ballots is attached hereto as <u>Exhibit C</u>. If these ballots are excluded from the voting tabulation, the voting results for Class 5 is as follows:

| Total Ballots Received | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| Class 5 – General Unsecured Claims | | | |
| 12 (100%) | $11,685,995.89 (100%) | 0 (0%) | $0.00 (0%) |

14. The final Ballot Report containing a summary of the Voting Classes is annexed hereto as <u>Exhibit A</u>. The detailed Ballot Reports for Class 3 (Secured Lender Claim), Class 4 (Cardinal Claims) and Class 5 (General Unsecured Claims) are attached to this Certification as <u>Exhibit B</u>.

*[Remainder of Page Intentionally Left Blank]*

5

## Conclusion

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true. The ballots received by KCC are stored at KCC's office and are available for inspection by or submission to this Court.

Dated: August 23, 2019

*Andres A. Estrada*
Andres A. Estrada

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of August, 2019, by Andres A. Estrada, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# Exhibit A

Exhibit A

Summary of Voting Classes

| Class Name | Class Description | Total Members | Unacceptable Votes | Members Voted | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Total $ in Class | Total $ Voted | $ Accepted | $ Rejected | $ Abstained | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Prepetition Secured Lender Claim | 1 | 0 | 1 | 1 | 0 | 0 | 100% | 0% | $15,211,049.12 | $15,211,049.12 | $15,211,049.12 | $0.00 | $0.00 | 100% | 0% |
| 4 | Cardinal Claims | 2 | 0 | 2 | 2 | 0 | 0 | 100% | 0% | $44,879,161.60 | $44,879,161.60 | $44,879,161.60 | $0.00 | $0.00 | 100% | 0% |
| 5 | General Unsecured Claims | 75 | 0 | 20 | 20 | 0 | 0 | 100% | 0% | $19,033,339.99 | $12,634,794.55 | $12,634,794.55 | $0.00 | $0.00 | 100% | 0% |

# Exhibit B

Exhibit B

Detailed Ballot Report for Class 3: Prepetition Secured Lender Claim

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 10 | 08/20/2019 | RGP Pharmacap, LLC | $15,211,049.12 | Accept |

Exhibit B

Detailed Ballot Report for Class 4: Cardinal Claims

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 6 | 08/14/2019 | Cardinal Health 105, LLC | $34,240,382.00 | Accept |
| 7 | 08/14/2019 | Cardinal Health 110, LLC (f/k/a Cardinal Health 110, Inc.) | $10,638,779.60 | Accept |

Exhibit B

Detailed Ballot Report for Class 5: General Unsecured Claims

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 17 | 08/21/2019 | 42 North, LLC | $125,001.00 | Accept |
| 1 | 08/05/2019 | Albers Medical Pharmacy | $6,095.27 | Accept |
| 2 | 08/09/2019 | AmerisourceBergen Drug Corporation | $2,397,485.00 | Accept |
| 18 | 08/21/2019 | Athilio Pharma, LLC | $1.00 | Accept |
| 14 | 08/21/2019 | Avondale Investments Rx, LLC | $1.00 | Accept |
| 23 | 08/23/2019 | Benefit Advantage | $25.00 | Accept |
| 15 | 08/21/2019 | Benjamin Bove | $1.00 | Accept |
| 21 | 08/22/2019 | Biopharma Operations LLC | $186,573.87 | Accept |
| 19 | 08/21/2019 | Champion Investments, LLC | $1.00 | Accept |
| 9 | 08/16/2019 | Deerfield Agency Inc | $11,020.50 | Accept |
| 13 | 08/21/2019 | Gavin Toepke | $1.00 | Accept |
| 11 | 08/20/2019 | HodgsonRuss | $732.00 | Accept |
| 8 | 08/15/2019 | Mirada Pharmaceuticals, LLC | $5,555,736.00 | Accept |
| 20 | 08/22/2019 | MMIS, Inc. | $40,000.00 | Accept |
| 16 | 08/21/2019 | Novos Growth, LLC | $823,791.66 | Accept |
| 22 | 08/22/2019 | PSKW, LLC d/b/a ConnectiveRx | $3,046,262.50 | Accept |
| 3 | 08/09/2019 | Pursuit Sales Solutions, LLC | $9,000.00 | Accept |
| 12 | 08/20/2019 | Robert G. Previdi | $1.00 | Accept |
| 5 | 08/14/2019 | Sonexus Health, LLC | $425,236.00 | Accept |
| 4 | 08/12/2019 | Sterling Pharmaceutical Services, LLC | $7,829.75 | Accept |

# Exhibit C

Exhibit C

Detailed Report of Ballots Cast by Affiliates and Insiders of the Debtor for Class 5: General Unsecured Claims

| Ballot No. | Date Filed | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 17 | 08/21/2019 | 42 North, LLC | $125,001.00 | Accept |
| 18 | 08/21/2019 | Athilio Pharma, LLC | $1.00 | Accept |
| 14 | 08/21/2019 | Avondale Investments Rx, LLC | $1.00 | Accept |
| 15 | 08/21/2019 | Benjamin Bove | $1.00 | Accept |
| 19 | 08/21/2019 | Champion Investments, LLC | $1.00 | Accept |
| 13 | 08/21/2019 | Gavin Toepke | $1.00 | Accept |
| 16 | 08/21/2019 | Novos Growth, LLC | $823,791.66 | Accept |
| 12 | 08/20/2019 | Robert G. Previdi | $1.00 | Accept |