IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                                     :
:    Chapter 11
:
NOVUM PHARMA, LLC,                                         :
:    Case No. 19-10209 (BLS)
:
Debtor.[1]                                                 :
:
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 29, 2019 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE BRENDAN L. SHANNON[2]**

**ORDER ENTERED**

1.  Debtor's Second Motion for Order Extending the Time Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 (Filed July 26, 2019) [Docket No. 408]

    Related Documents:

    (a)  Certification of No Objection Regarding Debtor's Second Motion for Order Extending the Time Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 (Filed August 12, 2019) [Docket No. 433]

    (b)  Order Further Extending the Time Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 (Entered August 14, 2019) [Docket No. 437]

    Objection Deadline:   August 9, 2019 at 4:00 p.m.

    Responses Received: None.

    Status:   The Court entered an Order granting the Motion. This matter will not be going forward.

---

[1]  The last four digits of the Debtor's federal tax identification number are 7895. The mailing address for the Debtor is 200 South Wacker Drive, 31st Floor, Chicago, IL 60606.

[2]  The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

**MATTERS GOING FORWARD**

2. Notice of Filing of Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed July 22, 2019) [Docket No. 382]

    Related Documents:

    (a) Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed June 21, 2019) [Docket No. 324]

    (b) Disclosure Statement With Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed June 21, 2019) [Docket No. 325]

    (c) Order Authorizing Debtor to Enter Into Plan Support Agreement (Entered July 11, 2019) [Docket No. 368]

    (d) Notice of Filing of Disclosure Statement With Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed July 22, 2019) [Docket No. 383]

    (e) Order (A) Approving Disclosure Statement; (B) Scheduling Hearing on Confirmation of Plan; (C) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (D) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (E) Setting Record Date; (F) Approving (I) Solicitation Packages and Procedures for Distribution, (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Forms of Ballots; (G) Establishing Voting Deadline and Procedures For Tabulation of Votes; and (H) Granting Related Relief (Entered July 24, 2019) [Docket No. 400]

    (f) Notice of (A) Confirmation Hearing With Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtor and (B) Related Objection Deadline (Filed July 24, 2019) [Docket No. 402]

    (g) Notice of Assumption of and Cure Amounts With Respect to Executory Contracts and Unexpired Leases of the Debtor (Filed July 26, 2019) [Docket No. 411]

    (h) Plan Supplement to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed August 15, 2019) [Docket No. 440]

    (i) Certification of Andres A. Estrada With Respect to the Tabulation of Votes on the Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed August 26, 2019) [Docket No. 449]

(j)     Declaration of Thomas S. O'Donoghue, Jr. in Support of Confirmation of Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed August 26, 2019) [Docket No. 450]

(k)     Notice of Filing of Non-Material Modifications to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed August 26, 2019) [Docket No. 451]

(l)     Debtor's Memorandum in Support of Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed August 26, 2019) [Docket No. 452]

(m)     Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtor (Filed August 26, 2019) [Docket No. 453]

(n)     Notice of Filing of Form of Loan Agreement By and Between Debtor and Cardinal Health 105, Inc. (Filed August 26, 2019) [Docket No. 454]

Objection Deadline:     August 22, 2019 at 4:00 p.m. On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on August 26, 2019 for Primus Pharmaceuticals, Inc.

Responses Received:     None.

Status:     This matter will be going forward.

Dated: Wilmington, Delaware
August 27, 2019

                                              COLE SCHOTZ P.C.

                                              /s/ David R. Hurst
                                              David R. Hurst (I.D. No. 3743)
                                              500 Delaware Avenue, Suite 1410
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 652-3131

                                              – and –

                                              Jacob S. Frumkin
                                              25 Main Street
                                              Hackensack, New Jersey 07601
                                              Telephone: (201) 489-3000

                                              *Counsel for Debtor and*
                                              *Debtor-in-Possession*